HARTFORD COUNTY, SEPTEMBER TERM, A. D. 1773.

### FITCH v. SCOVEL.

An *audita querela* is appealable, though the judgment complained of was on a note which was not.

WRIT OF ERROR, complaining of a judgment of the County Court, in denying an appeal upon an *audita querela*.

The judgment on which the execution issued, that is, complained of, in the *audita* was upon a note for money only, vouched by two witnesses.

Nothing erroneous plead; and judgment, manifest error — for that an appeal ought to have been granted.